20, 1907, which reversed an order of Special Term granting a motion to renew a prior motion for leave to sell defendant's interest in certain property and granting permission for such sale.

*Clarence L. Barber* for appellants.

*Carlton B. Pierce* for respondent.

Appeal dismissed, without costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PHILIP D. MEAGHER, Respondent, *v.* JOHN R. VOORHIS et al., Comprising the Board of Elections of the City of New York Respondents.

ROBERT L. JOHNSON, Appellant.

*People ex rel. Meagher* v. *Voorhis,* 115 App. Div. 891, appeal dismissed. (Argued May 23, 1907; decided June 11, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 30, 1906, which modified and affirmed as modified an order of Special Term made on review of the action of the board of elections of the city of New York in accepting certain certificates of nomination.

*I. R. Oeland* and *Owen N. Brown* for appellant.

*William B. Ellison, Corporation Counsel (James D. Bell* of counsel), for Board of Elections, respondents.

*Herbert T. Ketcham* for plaintiff, respondent.

*James Taylor* for Robert M. Johnston, respondent.

Appeal dismissed, without costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.